## THAXTON et al. v. UNITED STATES.

### No. 11368.

Circuit Court of Appeals, Fifth Circuit.

Oct. 16, 1945.

J. F. Kemp and J. M. Johnson, both of Atlanta, Ga., and E. L. Reagan, of McDonough, Ga., for appellants.

John P. Cowart, U. S. Atty., and Charles W. Walker, Asst. U. S. Atty., both of Macon, Ga., for appellee.

Before SIBLEY, HUTCHESON, and LEE, Circuit Judges.

PER CURIAM.

The sole error urged is that a verdict of acquittal should have been directed under the evidence. As to the appellant Thaxton, the evidence is overwhelming of his guilt. As to the other two appellants, they are positively identified as having a part in the illegal operations by several witnesses. It was a question of fact for the jury as to whether they were participants in a conspiracy to carry on the enterprise.

No error appearing, the judgment is affirmed.

## NEELY v. UNITED STATES.

### No. 11369.

Circuit Court of Appeals, Fifth Circuit.

Oct. 30, 1945.

See, also, 145 F.2d 828.

George Rogers, of Birmingham, Ala., for appellant.

Jim C. Smith, U. S. Atty., of Birmingham, Ala., for appellee.

Before SIBLEY and McCORD, Circuit Judges, and KENNAMER, District Judge.

PER CURIAM.

The conditions of probation included one that the probationer should not violate any law, local, State or national. On a motion to revoke the probation the evidence of the officers made a case, by circumstances, showing one or more violations of the liquor laws. The probationer, supported by his wife, denied the truth of this evidence. The issue was for the decision of the judge, who believed the officers. No error appears. Roberts v. United States, 320 U.S. 264, 64 S.Ct. 113, 88 L.Ed. 41; Burns v. United States, 287 U.S. 216, 53 S.Ct. 154, 77 L.Ed. 266.

Judgment affirmed.